IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**LISA RENEE MEEKS**                                                                                    **PLAINTIFF**

**V.**                                                                                       **NO. 1:20-CV-235-DMB-DAS**

**DAVID CUNNINGHAM, JR.**                                                                               **DEFENDANT**

### ORDER

On July 13, 2021, David Cunningham, Jr., filed a motion asking that the Court "enter an Order of Dismissal with prejudice as to the claims asserted by Lisa Renee Meeks against [him] only." Doc. #25 at ¶ 7. Cunningham represents that the parties reached a settlement agreement with regard to Meeks' claims against him but, because his counterclaim against Meeks was not settled, "the parties are asking for those claims to remain open and pending within this cause of action." *Id.* at ¶¶ 5, 6. According to Cunningham, Meeks does not oppose the motion. *Id.* at ¶ 8.

In light of the parties' settlement of Meeks' claims against Cunningham and the fact that Meeks does not oppose the dismissal of such claims, the motion to dismiss [25] is **GRANTED**. Meeks' claims against Cunningham are **DISMISSED with prejudice**. Cunningham's counterclaim against Meeks remains.

**SO ORDERED**, this 16th day of July, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**